MEMORANDUM OPINION

 

 

No. 04-08-00917-CR

 

IN RE Patrick
Keith SCHUH

 

Original Mandamus
Proceedings[1]

 

PER CURIAM

 

Sitting:            Karen Angelini, Justice

                        Sandee
Bryan Marion, Justice

                        Rebecca Simmons, Justice

 

Delivered and
Filed:   January 28, 2009

 

PETITION
FOR WRIT OF MANDAMUS DENIED

On December 18, 2008, relator Patrick Keith Schuh filed a
petition for writ of mandamus complaining of the trial court’s failure to rule
on various motions.  Mr. Jesus David Garza has been appointed to represent
relator in the trial court. We conclude that relator’s appointed counsel is
also his counsel for an original proceeding on the issues presented.

To
obtain mandamus relief in a criminal matter, the relator must establish: (1) the
act sought to be compelled is ministerial rather than discretionary in nature,
and (2) there is no adequate remedy at law.  Deleon v. District Clerk,
187 S.W.3d 473, 474 (Tex. Crim. App. 2006).  Respondent has no ministerial duty
to rule on relator’s pro se motion because relator is represented by appointed
counsel and is not entitled to hybrid representation.  See Robinson v. State,
240S.W.3d 919, 922 (Tex. Crim. App. 2007); Patrick v. State, 906 S.W.2d
481, 498 (Tex. Crim. App. 1995).  Consequently, the respondent did not violate
a ministerial duty by declining to rule on relator’s motion.  Therefore, this
court has determined that relator is not entitled to the relief sought, and the
petition is DENIED.  Tex. R. App. P.
52.8(a).

PER CURIAM

DO NOT PUBLISH

 








 

 

 

 

 

 









[1] This proceeding arises out of Cause
No. 2008-CR-7669, styled State of Texas v. Patrick Keith Schuh, pending
in the 399th Judicial District Court, Bexar County, Texas, the Honorable Juanita
A. Vasquez-Gardner presiding.